**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No: 1:15cv00963-AP

RYANNE J. SHEELEY,

    Plaintiff,

v.

CAROLYN W. COLVIN, Acting Commissioner of the
Social Security Administration,

    Defendant.

**ORDER**

THE COURT, having reviewed the Plaintiff's Unopposed Motion to Dismiss (Doc. 8), and being advised of the planned reopening of the civil action known as Ryanne Sheeley v. Carolyn W. Colvin, 14-cv-2350-AP, ORDERS that this case is DISMISSED, the parties to bear their own costs and attorney fees.

Dated June 23, 2015.

                              BY THE COURT:

                              */s/ John L. Kane*
                              John L. Kane
                              Senior U.S. District Court Judge